

# Fourth Court of Appeals

## San Antonio, Texas

November 9, 2016

No. 04-16-00564-CV

**IN THE INTEREST OF D.J.C., A CHILD**,

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 15-04-00144CVF
Melissa Uram-Degerolami, Judge Presiding

# O R D E R

Appellee's motion to exceed word limit on the brief is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court